**Order filed August 10, 2021.**



**In The**

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

_____

**NO. 14-21-00369-CV**
_____

**QUION INVESTORS, INC., Appellant**

**V.**

**JIM GRIBBLE AND CAROLYN GRIBBLE, Appellees**

---

**On Appeal from the County Court at Law**
**Washington County, Texas**
**Trial Court Cause No. 2019-106**

---

## O R D E R

The clerk's record was filed July 29, 2021. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain the Notice of Appeal filed July 5, 2021.

The Washington County Clerk is directed to file a supplemental clerk's record on or before **August 20, 2021**, containing the Notice of Appeal filed July 5, 2021.

If the omitted item is not part of the case file, the county clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM

Panel Consists of Justices Jewell, Spain, and Wilson.